**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

February 2, 2006

# NOTICE OF CORRECTION

**To:**              Counsel of Record

**From:**            Clerk's Office

**Case Style**       United Association of Journeymen  vs. Johnson Controls
                     Civil Action No.  2:06cv106-MEF

**Referenced Pleading:**   Complaint
                           Document #1

This Notice of Correction is filed in this case to attach corrected pdf.