AO 440 (Rev. 5/85) Summons In a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, Local 52 Employee Pension Plan; Michael S. Turner, Timothy D. Cooper, Donald Gilbert, and Timothy M. Beam in their official capacities as trustees

V.

Johnson Controls, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV106-MHT

TO: (Name and Address of Defendant)

Johnson Controls, Inc.
c/o Registered Agent
Mr. John P. Kennedy
5757 N. Green Bay Avenue
Glendale, WI 53209

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Kimberly C. Walker
1119 Government Street
Mobile, AL 36604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett

CLERK _(signature)_

DATE 2/6/06