UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN; MICHAEL S. TURNER, TIMOTHY D. COOPER, DONALD GILBERT, and TIMOTHY M. BEAM in their official capacities as trustees, | Case No. 2:06-cv-00106-MEF-SRW <br><br> Hon. Chief Judge Mark E. Fuller <br><br> Magistrate Judge Susan Russ Walker |
| Plaintiffs, | |
| v. | |
| JOHNSON CONTROLS, INC., | |
| Defendant. | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant Johnson Controls, Inc., by and through its attorneys, and hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

Johnson Controls, Inc. has no parent company. No publicly held corporation owns 10% or more of the stock of Johnson Controls, Inc.

                                                  Respectfully submitted,

                                                  *s/Terry Price*
                                                  Terry Price
                                                  **LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.**
                                                  2021 Third Avenue North
                                                  Birmingham, AL  35203
                                                  Telephone:  205.323.9261
                                                  Facsimile:  (205) 326-3008
                                                  E-Mail:  tprice@lmpv.com

                                                  Attorneys for Defendant, JOHNSON CONTROLS, INC.

Dated:  March 1, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2006, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    J. Cecil Gardner (GARDJ3461)
    Kimberly Calametti Walker (CALAK4410)
    GARDNER MIDDLEBROOKS
    1119 Government St.
    PO Drawer 3103
    Mobile, AL 36652

        Respectfully submitted,


        *s/Terry Price*
        Terry Price
        Lehr Middlebrooks Price & Vreeland, P.C.
        2021 Third Avenue North
        Birmingham, AL  35203
        Telephone:  205.323.9261
        Facsimile:  205.326.3008
        E-Mail:  tprice@lmpv.com
        Bar No. ASB-4658-E58T

149388.doc