**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 23, 2006

## NOTICE OF DEFICIENCY

To:     Kimberly C. Walker

From:   Clerk's Office

Case Style:   United Association of Journeyman etc. vs. Johnson Controls, Inc.

Case Number: 2:06cv106-MHT

Referenced Pleading:   Report of Rule 26(f) Planning Meeting     Doc. 8

**Notice is hereby given that the referenced deficient pleading was filed on March 22, 2006 by electronic means and is deficient for the following reason:**

*The pleading is missing all electronic signatures.*

**The listed deficiency must be corrected within 10 days from the date of this notice.  Please submit to the Clerk's office by <u>CONVENTIONAL</u> *(mail)* the signature pages of the referenced documents containing your electronic signatures as explained in the Civil Administrative Procedures, <u>ALONG WITH A COPY OF THIS NOTICE.</u>**

*<u>DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.</u>*