**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 23, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: United Association of Journeyman etc. vs. Johnson Controls**
**Case Number:    2:06cv106-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8 filed on  March 22, 2006.**