UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 24 A 9: 47

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN; MICHAEL S. TURNER, TIMOTHY D. COOPER, DONALD GILBERT, and TIMOTHY M. BEAM in their official capacities as trustees, | Case No. 2:06cv106-MHT<br><br>Hon. Myron H. Thompson |

Plaintiffs,

v.

JOHNSON CONTROLS, INC.,

Defendant.

## MOTION FOR THE ADMISSION OF
## JEFFREY S. KOPP PRO HAC VICE

The Defendant, Johnson Controls, Inc., by and through its attorney, Terry Price, Lehr Middlebrooks Price & Vreeland, P.C., and Jeffrey S. Kopp of Foley & Lardner LLP, move this Court pursuant to Local Rule 83.1(b) for the admission *pro hac vice* of Jeffrey S. Kopp, Esq., Foley & Lardner LLP, 500 Woodward Ave., Ste. 2700, Detroit, Michigan 48226-4443, who, if permitted, will appear and participate in these cases as co-counsel for the Defendant.

Jeffrey S. Kopp is admitted to practice in the State of Michigan and is admitted to practice before the State Courts of the State of Michigan, the Federal District Courts of Michigan for the Eastern and Western Districts, the Federal Court of Appeals for the Sixth Circuit, and the U.S. District Court for the Southern and Central Districts of California. Mr. Kopp has handled

DETR_117183.1

numerous employment matters for Defendant Johnson Controls, Inc. and Johnson Controls requests his representation in this matter.

Terry Price shall serve as co-counsel with Jeffrey S. Kopp.

Certificates of good standing are submitted herewith.

Respectfully submitted,

FOLEY & LARDNER LLP

Jeffrey S. Kopp  (Michigan P59485)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
313.234.7100 (Telephone)
313.234.2800 (Facsimile)
Of Counsel

Terry Price
**LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.**
2021 Third Avenue North
Birmingham, AL  35203
Telephone: 205.323.9261
Facsimile: (205) 326-3008
E-Mail: tprice@lmpv.com

Dated: March 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid:

J. Cecil Gardner, Esq.
Kimberly Calametti Walker, Esq.
M. Vance McCrary, Esq.
Gardner, Middlebrooks, Gibbons & Kittrell, Olsen, Walker & Hill, P.C.
P.O. Box 3103
Mobile, AL 36652

This the 23rd day of March, 2006.

_____
Terry Price
Lehr Middlebrooks Price & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203
Phone: (205) 326-3002
Facsimile: (205) 326-3008
E-mail: tprice@lmpv.com
Bar No. ASB-4658-E58T