# United States District Court
# Eastern District of Michigan



## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## JEFFREY S. KOPP

was admitted to practice in this Court on December 2, 1998, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on March 22, 2006.

*David J. Weaver*, Clerk

By _____, Attorney Admissions Clerk

INT-0104-DT-4/91