IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED ASSOCIATION OF          )
JOURNEYMEN AND APPRENTICES )
OF THE PLUMBING AND PIPE-      )
FITTING INDUSTRY, LOCAL 52 )
EMPLOYEE PENSION PLAN,         )
et al.,                        )
                               )
    Plaintiffs,                )
                               )          CIVIL ACTION NO.
    v.                         )           2:06cv106-MHT
                               )
JOHNSON CONTROLS, INC.,        )
                               )
    Defendant.                 )

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 12) is granted.

DONE, this the 27th day of March, 2006.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE