UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN; MICHAEL S. TURNER, TIMOTHY D. COOPER, DONALD GILBERT, and TIMOTHY M. BEAM in their official capacities as trustees,** | * * * * * * * * * |
| **Plaintiffs,** | * * |
| | *   Civil Action No.  2:06cv106-MHT |
| | * |
| **JOHNSON CONTROLS, INC.,** | * * |
| **Defendant.** | * |

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that on Monday, April 3, 2006, Plaintiffs served the following on all counsel of record by first class mail, postage pre-paid:

1. Plaintiff's Rule 26(a) Statement of Initial Disclosures.

      Respectfully submitted,

      s/ Kimberly Calametti Walker
      J. Cecil Gardner [GARDJ3461]
      Kimberly Calametti Walker [CALAK4410]

1

OF COUNSEL:

GARDNER, MIDDLEBROOKS,
GIBBONS, KITTRELL, OLSEN,
   WALKER & HILL, P.C.
1119 Government Street
Mobile, AL 36604
251-433-8100

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record electronically and by placing the same in the United States Mail, postage prepaid and correctly addressed on this 3rd day of April, 2006.

Terry Price, Esq.
Lehr Middlebrooks Price & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

Jeffrey S. Kopp, Esq.
FOLEY & LADNER LLP
One Detroit Center
500 Woodland Avenue, Suite 2700
Detroit, MI 48226-3489

          s/ Kimberly Calametti Walker
          Kimberly Calametti Walker