UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>2:06cv106-MHT |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

COMES NOW, Terry Price and advises the Court that he has joined the law firm of Ford & Harrison LLP and that he will continue to represent Defendant, Johnson Controls, Inc. in this matter, along with Jeffrey S. Kopp, Esq., of the law firm of Foley & Lardner. Mr. Price's current contact information is as follows:

> Terry Price
> Ford & Harrison LLP
> 2100 Third Avenue North, Suite 400
> Birmingham, AL 35203
> Telephone: (205) 244-5900
> Facsimile: (205) 244-5901
> E-mail: tprice@fordharrison.com
> Bar No. ASB-4658-E58T

Respectfully Submitted,

s/ Terry Price
Terry Price

OF COUNSEL:
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following:

Kimberly Calametti Walker, Esq.
Jesse Cecil Gardner
Gardner Middlebrooks
1119 Government Street
P.O. Drawer 3103
Mobile, AL 36604

s/ Terry Price
Terry Price
Ford & Harrison LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 244-5900
Facsimile:  (205) 244-5901
E-mail:  tprice@fordharrison.com
Bar No.:  ASB-4658-E58T

Birmingham:12507.1