UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN; MICHAEL S. TURNER, TIMOTHY D. COOPER, DONALD GILBERT, and TIMOTHY M. BEAM in their official capacities as trustees, | * * * * * * * * * |
| Plaintiffs, | * * |
| | *   Civil Action No. 2:06cv106-MHT |
| | * |
| JOHNSON CONTROLS, INC., | * * |
| Defendant. | * |

## JOINT STIPULATION OF DISMISSAL

Come now the parties, by and through undersigned counsel, and stipulate to the dismissal of all claims asserted by the Plaintiffs against Defendant Johnson Controls, Inc., with prejudice, each party to bear its own costs.

 s/ Kimberly Calametti Walker
Kimberly Calametti Walker
Counsel for Plaintiffs
1119 Government Street
Mobile, Alabama 36604
251-433-8100

 s/ Terry Price
Terry Price
Counsel for Defendant
2100 Third Avenue, Suite 400
Birmingham, AL 35203

  s/ Jeffrey S. Kopp
Jeffrey S. Kopp
Counsel for Defendant
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489